UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| STEVE COLEMAN, | Case No. 3:23-CV-00606-ART-CLB |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER** |
| v. | |
| SHEEKLES, *et al.*, | [ECF No. 41] |
| Defendants. | |

On October 9, 2025, Plaintiff filed a motion to modify the scheduling order in this case by extending the deadline to file dispositive motions by 30 days. (ECF No. 41.) Good cause appearing, the Court grants Plaintiff's motion to modify the scheduling order, (ECF No. 41). However, no further extensions of time will be granted absent extraordinary circumstances. The deadlines in this case are now as follows:

| Dispositive Motion Deadline | **November 12, 2025** |
|---|---|
| Joint Pretrial Order Deadline (or 30 days following the entry of the court's ruling on a dispositive motion) | **December 12, 2025** |

**IT IS SO ORDERED.**

**DATED**: <u>October 10, 2025</u>.

_____
**UNITED STATES MAGISTRATE JUDGE**